# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| JOEL KVANLI AND JANEEN BEHNKEN, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:23-CV-394-ALM |
| ALLSTATE INDEMNITY COMPANY AND JESSICA KROMM, | § § § § | **(JURY)** |
| Defendants. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Came on for consideration the Joint Stipulation of Dismissal with Prejudice of Plaintiffs Joel Kvanli and Janeen Behnken and Defendants Allstate Indemnity Company and Jessica Kromm, requesting a dismissal of the Plaintiffs' claims with prejudice against Defendants. The Court, after having considered the Joint Stipulation of Dismissal with Prejudice, and the pleadings on file herein, is of the opinion that same should be GRANTED.

IT IS THEREFORE ORDERED that all of Plaintiffs' claims against Defendants are hereby dismissed with prejudice, with all costs adjudged against the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 8th day of November, 2023.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE